## Commonwealth *v.* Bines, Appellant.

Submitted June 14, 1971. *William B. Bines*, appellant, in propria persona; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Ar-*

*len Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.